PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

        **v.**                      **Docket # 8:06CR136**

**DONALD J. LIVINGSTON**

_____

On October 16, 2006, Mr. Livingston received a sentence of time served followed by 36 months of supervised release. The period of supervised release commenced October 16, 2006. Mr. Livingston has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Mr. Livingston be discharged from supervision.

                                                    Respectfully submitted,

                                                    Andrew R. Hale  
                                                    U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __2nd__ day of October, 2008.

                                                    s/ Joseph F. Bataillon  
                                                    Chief U.S. District Judge